## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eastern University Academy Charter School, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1167 C.D. 2019 |
| | : | |
| School District of Philadelphia, | : | |
| Respondent | : | |

**PER CURIAM**                    **O R D E R**

NOW, September 11, 2020, upon consideration of Petitioner's application for reargument and Respondent's answer in response thereto, the application is denied.